1 MARY-ANN S. ELLIS
Nevada Bar No. 12427
2 LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
3 Reno, Nevada 89511
775.827.6440
4 FAX: 775.827.9256

5 Attorneys for Defendant Numotion

6
7
8                    UNITED STATES DISTRICT COURT
9                  DISTRICT OF NEVADA, NORTHERN DIVISION
10

| 11 | LINDA MITCHELL, | CASE NO. 3:19-cv-00065-MMD-WGC |
|---|---|---|
| 12 | Plaintiff, | **SUBSTITUTION OF COUNSEL (Intra-Office)** |
| 13 | vs. | |
| 14 | UNITED SEATING & MOBILITY, LLC d/b/a NUMOTION, PERMOBIL,INC.; JOHN DOES I-XX, inclusive, ABC CORPORATIONS I-X, inclusive, and BLACK AND WHITE COMPANIES I-XC, inclusive, | |
| 17 | Defendants. | |

19

20 TO: **UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, NORTHERN**
21      **DIVISION COURT CLERK AND COUNSEL OF RECORD;**

22      MARY-ANN ELLIS, ESQ. of Lewis Brisbois Bisgaard & Smith, does hereby consent to
23 the intra-office substitution of BRANDON D. WRIGHT, ESQ. of Lewis Brisbois Bisgaard &
24 Smith, LLP as attorney of record for defendant NUMOTION. **Please update your certificates of**
25 **service accordingly.**

26 //
27 //
28 //

4822-5063-9532.1

DATED this 12 day of November, 2019

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
MARY-ANN S. ELLIS
Nevada Bar No. 12427
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Tel. 775.827.6440

Attorneys for Defendant Numotion

By _____
BRANDON D. WRIGHT
Nevada Bar No. 13286
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Tel. 775.827.6440

Attorneys for Defendant Numotion

IT IS SO ORDERED.

DATED: November 15, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

