# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| LINDA MITCHELL,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED SEATING & MOBILITY, LLC<br>d/b/a NUMOTION, et al.,<br><br>      Defendants. | Case No.: 3:19-cv-00065-MMD-WGC<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

COMES NOW the Court, having reviewed the Stipulation of Dismissal with Prejudice signed by all parties, hereby ORDERS that the within action is dismissed with prejudice in its entirety, each party to pay their own costs and attorney's fees.

SO ORDERED this __5th__ day of __August__, 2020.

BY THE COURT:

_____
United States District Judge